JOSEPH G. McCARTY, SBN 151020
LAW OFFICES OF JOSEPH G. McCARTY
21700 Oxnard Street, Suite 1750
Woodland Hills, California 91367
Telephone: (818) 905-7711
Facsimile: (818) 501-7711

*General Counsel for Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| IN RE:<br><br>TERRY AND JUDY DICHTER<br><br>Debtor | ) Chapter No.: 11<br>)<br>) Case No.:   1:26–bk–10483–VK<br>)<br>)<br>) OPPOSITION TO MOTION FOR RELIEF<br>) FROM AUTOMATIC STAY FILED BY<br>) SELENE FINANCE, LP, AS SERVICER IN<br>) FACT FOR U.S. BANK TRUST NATIONAL<br>) ASSOCIATION, NOT IN ITS INDIVIDUAL<br>) CAPACITY BUT SOLELY AS OWNER<br>) TRUSTEE FOR RCF 2 ACQUISITION TRUST<br>)<br>) Date: May 14, 2026<br>) Time: 9:30 a.m.<br>) Courtroom: 301<br>)<br>)<br>) |

**TO THE COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, AND THE INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Terry and Judith Dichter, the herein Debtors and Debtors in Possession (the "Debtors" or "Dichters"), hereby submits their opposition to the Motion for Relief from the Automatic Stay (the "Motion") filed by Selene Finance LP, as Servicer in Fact for U.S. Bank Trust National Association, not in its individual capacity but as solely as Owner Trustee for RCF 2 Acquisition Trust ("Movant") as follows:

1

## I.    INTRODUCTION

The Motion is brought solely on 11 U.S.C. Section 362(d)(1)") alleging 'cause' for relief. The only alleged 'cause' contended is a foreclosure sale that took place a few days prior to the filing date of this Chapter 11 Bankruptcy proceeding. However, the Motion also admits that no trustee deed on sale has been issued by the foreclosure trustee and none been recorded. As such, under the Debtors' strong-arm powers under 11 U.S.C. Section 544(a) ("Section 544(a)") as a debtor in possession gives them the status of a bona fide purchaser for value as of the date of the filing (March 9, 2026). The automatic stay is not really the issue at this time since a trustee deed on sale has not been recorded on the relevant relation back date. As such, as of the date of filing, the Debtors strong arm powers confirmed their ownership interest and negated any prior attempt to foreclose on Debtor's Property 3525 Eddingham Avenue, Calabasas, California 91302 ("Property").

Further, the Property is valued at $1,500,000 and Movant's Loan is less that $1,000,000 which means that there is $500,000 in equity in the Property. As such, there is no 'cause' for relief under 11 U.S.C. Section as there is adequate protection in the equity in the Property.

Additionally, Debtors intend to sell their Property to recover their equity. As such, Debtors anticipate that they will be filing a partial liquidation plan and the sale of the Property will fund the plan and therefore the Property in necessary to their successful reorganization.

As such, the Motion must be denied.

## III.    POINTS AND AUTHORITIES

Movant has based its Motion solely on 362(d)(1) contending 'cause' based upon a foreclosure sale that took place a few days prior to the filing of this case. There is no evidence regarding any lack of adequate protection. . As set forth below, the Motion fails because Movant has not proved "cause" for relief under 362(d)(1). Movant admits there is equity in the Property. In fact, it contends that $0 is owed to it which is a strange contention for a secured

creditor to take.  See, Motion [Doc 28] ("Motion") at page 7, paragraph 8.

The Motion ignores the effect of the recent changes to California foreclosure law set forth in California Civil Code, Section 2924m ("CC 2924m") and related provisions. CC2924m(f) provides that the Property remains in the owner's title after a foreclosure until one of a number of things occurs after the auction is conducted.  None of those things occurred in this case and the foreclosure sale was never concluded so no trustee's deed on sale has been issued and none was recorded.  The relation back provisions of California law have expired for the last bid maker and will expire for any qualified owner occupier bidder by the time of the hearing on this Motion.  A such under the Debtors' strong-arm powers under Section 544(a) as a debtor in possession gives them the status of a bona fide purchaser for value as of the date of the filing (March 9, 2026).  Debtors intend to hire a Broker to sell their Property which will allow them to successfully reorganize their estate.   As such, this Motion must be denied based on the Movants failure to prove 'cause' for granting relief under 362 (d)(1).

A.      **The Motion Must be Denied Because Movant failed to Prove 'Cause' for Granting Relief Under 262(d)(1)**

The Motion is based solely on 362(d)(1) contending 'cause' for relief.  Movant contention that a foreclosure sale was completed ignores the effect of CC2924m(f) which provides that the Property remains in the owner's (mortgagors) title after a foreclosure until one of a number of things occurs after the auction is conducted. Apparently, none of those thing occurred since the Motion also admits that no trustee's deed on sale has been issued.  Motion, Continuation Page, paragraph 5.   Therefore, the sale was on completed under 2924m and there is no 'cause' to grant relief from stay under 362(d)(1).

Further, Movant admits there is equity in the Property. Motion at page 7, paragraph 8. Motion, page 7, paragraph (g).  The Property is also necessary for Debtors' successful reorganization as they plan on sell the Property to recover their equity of, at least, $500,000.

**B. The Motion Must be Denied Because Debtors Have the Right to Sell Their Property and Complete Their Reorganization.**

As none of those things required to pass title under CC2924m have occurred in this case and the foreclosure sale was never concluded so no trustee's deed on sale has been issued and none was recorded. The relation back provisions of California law have expired for the last bid maker and will expire for any qualified owner occupier bidder by the time of the hearing on this Motion. A such under the Debtors' strong arm powers under Section 544(a) as a debtor in possession gives them the status of a bona fide purchaser for value as of the date of the filing (March 9, 2026). Debtors intend to hire a Broker to sell their Property which will allow them to successfully reorganize their estate.

The automatic stay is not really the issue at this time since a trustee deed on sale has not been recorded on the relevant relation back date. As such, as of the date of filing, the Debtors strong arm powers confirmed their ownership interest and negated any prior attempt to foreclose on Debtor's Property. As such, this Motion must be denied based on the Movants failure to prove 'cause' for granting relief under 362 (d)(1).

## IV. CONCLUSION

As set forth above, the Motion should be denied because Movant has failed to establish that it is entitled to relief from the stay.

Dated: April 29, 2026                    **LAW OFFICES OF JOSEPH G. McCARTY**


By: _____
JOSEPH G. McCARTY
Attorneys for Debtor

4

## DECLARATION OF TERRY A. DICHTER

I, TERRY A. DICHTER , being first duly sworn, declare and allege as follows:

1.      I am one of the Debtors in this case. I have personal knowledge of the facts stated herein and if called as a witness I could, and would, competently testify hereto.

2.      My wife and I filed this Bankrupty proceeding on March 9, 2026 as a Chapter 11 proceeding.  We have managed our affairs as the debtors in possession since that time.

3.      My wife and I own the Property located at 3525 Eddingham Avenue, Calabasas, California ("Property"). I am familiar with the Property and its value as well as the value of real estate in the area. It is my opinion that the Property is worth, at least, $1,500,000 at this time. The loan on the Property is less than $1,000,000 so there is more than $500,000 in equity in our Property.

4.      We intend to sell our Property to recover our equity.  We anticipate filing a partial liquidation plan and the sale of the Property will fund the plan and therefore the Property in

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 29th day of April, 2026 at Woodland Hills, California.


Terry A. Dichter

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21700 Oxnard Street, Suite 1750, Woodland Hills, California 91367.

A true and correct copy of the foregoing document entitled: **OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY SELENE FINANCE, LP, AS SERVICER IN FACT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 29, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Katherine Bunker**    kate.bunker@usdoj.gov
- **David Coats**    dacoats@raslg.com
- **Joseph Gerard McCarty**    jmlawoff@gmail.com, court@yaspanlaw.com
- **Shana Stark**    sstark@raslg.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On  April 29, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Please See the Attached Service List

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 29, 2026 | Tatyana Menachian | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Honorable Victoria S. Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354 /
Courtroom 301
Woodland Hills, CA 91367

American Honda Finance
P.O. Box 70252
Philadelphia, PA 19176

Franchise Tax Board Chief Counsel
c/o General Counsel Section
P.O. Box 1720, MS: A-260
Rancho Cordova, CA 95741-1000

Internal Revenue Service (IRS)
P.O. Box 7346
Philadelphia, PA 19101-7346

Lexus of Thousand Oaks
3755 Auto Mall Drive
Thousand Oaks, CA 91362

Los Angeles County Tax Collector
P. O. Box 54110
Los Angeles, CA 90054

Nation Star Mortgage LLC
8950 Cypress Blvd.
Coppell, TX 75019

Robertson, Anschutz, Schneid & Cran
13010 Morris Rd.  Suite 450
Alpharetta, GA 30004

Solar City
3055 Clearview Way
San Mateo, CA 94402

Sparrowhawk Solar I, LLC
PO Box 3500
Draper, UT 84020

Sparrowhawk Solar I, LLC
3055 Clearview Way
San Mateo, CA 94402

US Bank National Assoc.
Robertson, Anschutz, Schneid
& Crane LLP
13010 Morris Road Suite 450
Alpharetta, GA 30004

Office of the United States Trustee
915 Wilshire Blvd #1850,
 Los Angeles, CA 90017

American Express
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355

PORTFOLIO RECOVERY
ASSOCIATES, LLC
PO Box 41067
Norfolk, VA 23541