David Coats (SBN 295684)
dacoats@raslg.com
**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE & LLP**
1 Park Plaza, Suite 600
Irvine, CA 92614

Attorney for Selene Finance LP, as servicer in fact for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust

FILED & ENTERED

JUL 01 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia DEPUTY CLERK

CHANGES MADE BY COURT

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY

| | |
|---|---|
| **IN RE:** | **CASE NO.: 1:26-bk-10483-VK** |
| **Terry A. Dichter and Judith D. Dichter,** | **CHAPTER 11** |
| **Debtor*s*.** | **ORDER CONTINUING HEARING RE: MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DKT. # 47)** |
| _____/ | *Continued* **Hearing**<br>**Date: July 16, 2026**<br>**Time: 9:30 a.m.**<br>**Location: 21041 Burbank Blvd., Woodland Hills, CA 91367**<br>**Courtroom: 301**<br>**Judge: The Hon. Victoria S. Kaufman** |

The Motion for Relief From the Automatic Stay (the "Motion") filed by Selene Finance LP, as servicer in fact for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust ("Movant") at Dkt. # 47 came before the

- 1 -                                                    CASE NO. 1:26-BK-10483-VK
**ORDER CONTINUING HEARING RE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**(DKT. # 47)**

Court for hearing on June 18, 2026 *at 9:30 a.m., the Honorable Victoria S. Kaufman, United States Bankruptcy Judge, presiding*. Appearances were as noted on the record.

The Court hereby orders as follows:

(1) The hearing on the Motion is continued to **July 16, 2026 at 9:30 a.m.**

(2) ~~Movant will have a deadline of~~ *No later than* **July 2, 2026, *Movant must file a reply*** ~~to respond~~ to ~~Debtor's~~ *the Debtors'* opposition to the Motion *[Dkt. # 54], addressing Debtors' contentions that: (1) the March 2, 2026 sale was not completed because a trustee's deed upon sale was never recorded; and (2) the relation back provisions of California law have expired*.

### ###

Date: July 1, 2026

Victoria S. Kaufman
United States Bankruptcy Judge

- 2 -    CASE NO. 1:26-BK-10483-VK
**ORDER CONTINUING HEARING RE MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DKT. # 47)**